UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY PARNELL,

    Plaintiff,

vs.

DR. K. WIN, et al.,

    Defendants.

No. 2:18-cv-0220 WBS KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Ricky Parnell, inmate G-37311, a necessary and material witness in proceedings in this case on October 2, 2018, is confined in California Health Care Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at his place of confinement, October 2, 2018, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California Health Care Facility, 209-467-2676; and

4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at (916) 930-4187.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California Health Care Facility P.O. Box 32050, Stockton, California 95213:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 20, 2018

/kly/cw/parn0220.841.vc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE