UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY PARNELL, | No. 2:18-cv-0220 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. K. WIN, DR. CHIN, | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. On October 2, 2018, this matter came on for settlement conference. The case did not settle. Thus, the stay of this action is lifted.

Defendants Dr. Win and Dr. Chen, sued as Dr. Chin, have been served with process. Good cause appearing, defendants shall file a responsive pleading within thirty days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Defendants shall file a responsive pleading within thirty days from the date of this order.

Dated: October 4, 2018

parn0220.lft

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE