UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY PARNELL, | No. 2:18-cv-0220 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. WIN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 6, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The court notes that even if it were to consider plaintiff's untimely filings, the evidence submitted would still be insufficient to support a finding that defendants were deliberately

1

1 | indifferent to a serious medical need of plaintiff.

2 |     Accordingly, IT IS HEREBY ORDERED that:

3 |     1. The findings and recommendations filed January 6, 2020, are adopted in full; and

4 |     2. Defendants' motion for summary judgment (ECF No. 28) is granted.

5 | Dated: April 17, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/parn0220.805